

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

    - v. -                         :    **ORDER**

BENJAMIN RESTO,                   :    08 Cr. 757

    Defendant.                      :

- - - - - - - - - - - - - - - - - X

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Michael D. Maimin;

    It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

    ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       August 26, 2008

_____
UNITED STATE MAGISTRATE JUDGE

**KEVIN NATHANIEL FOX**
United States Magistrate Judge
Southern District of New York

