UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| BENJAMIN RESTO, | : | 08 Cr. 757 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On November 1, 2020, defendant Benjamin Resto moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. No. 21. It is hereby ORDERED as follows:

(1) The Government shall respond to the motion by November 9, 2020; and

(2) If Mr. Resto wishes to submit reply papers, he shall do so by November 16, 2020.

SO ORDERED.

Dated:   New York, New York
         November 2, 2020

                                             /s/ Denny Chin
                                             DENNY CHIN
                                             United States Circuit Judge
                                             Sitting by Designation